IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEFFREY PETROZZINO and CHRISTINE PETROZZINO, h/w, individually and on behalf of all others similarly situated<br><br>Plaintiffs<br><br>v.<br><br>VIVINT, INC.<br><br>Defendant | Civil Action No.:<br><br><br>CLASS ACTION COMPLAINT<br><br>Jury Trial Demanded |

**DISCLOSURE STATEMENT PURSUANT TO Fed. R. Civ. P. 7.1**
**(Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Jeffrey Petrozzino and Christine Petrozzino, who are individual plaintiffs in the within action, are not corporate entities.

The undersigned understands that under Rule 7.1 of the Federal Rules of Civil Procedure, the parties must promptly file a supplemental statement upon any change in the information that this statement requires.

**GERSTEIN GRAYSON COHEN & MELLETZ, LLP**

By: /s/ *Brandon G. Johnson*
Brandon G. Johnson, Esquire, for the Firm
New Jersey Bar ID No.: 007701993
1288 Route 73 South, Suite 301
Mount Laurel, New Jersey 08054
(856) 795-6700
bjohnson@gersteingrayson.com

Attorneys for Plaintiffs

Dated: February 24, 2020