**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEFFREY PETROZZINO and CHRISTINE PETROZZINO, h/w, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>VIVINT, INC.,<br><br>        Defendant. | No. 1:20-cv-01949-NLH-KMW<br><br>**ORDER** |

For the reasons expressed in the Court's Opinion filed today,

IT IS on this 31st day of December, 2020,

ORDERED that Defendant Vivint, Inc.'s Motion to Compel Arbitration on an Individual Basis and Stay Proceedings [ECF No. 15] be, and the same hereby is, GRANTED; and it is further

ORDERED that this case is STAYED and, for the time being, ADMINISTRATIVELY TERMINATED; and it is further

ORDERED that this matter shall be referred to arbitration.

At Camden, New Jersey

                                        __/s Noel L. Hillman____
                                        NOEL L. HILLMAN, U.S.D.J.